Thomas R. Wilkins
7164 Route 209
Stroudsburg, PA 18360

3:18-CR-097

March 24, 2022

Honorable Robert D. Mariani, US District Judge
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Street
Scranton, PA 18501-1148

FILED
SCRANTON

MAR 31 2022

PER _____
DEPUTY CLERK

RE:   Ross Roggio
      Letter on Behalf of

Your Honor:

My name is Thomas R. Wilkins. I am CEO and Founder of Better Homes & Gardens Real Estate Wilkins & Associates, NEPA Management Associates and a third generation Pocono businessman.

I am writing to you, on behalf of, Ross Roggio.

I have known Mr. Roggio for the past 10+ years. At all times, he has been professional, honest and very much community minded.

I know Mr. Roggio on both a personal and professional level.

I do not foresee Mr. Roggio as any sort of a flight risk as he cares for his mother and father who live local at 116 Turkey Hill Court in Stroudsburg. Therefore, he has local roots to our community.

I further do not remotely consider Mr. Roggio a danger to the community at large. He is well known in our community, is helpful to neighbors and friends and has never exhibited any sort of violence towards anyone in our community.

Mr. Roggio locally has a very good reputation again both professionally and personally. He happens to be a very good fly fisherman and on numerous occasions we have had the pleasure of fly fishing together.

I would be happy to testify to his or in his defense if the court would ask me to.

I thank you in advance for reading this letter.

Sincerely,

Thomas R. Wilkins

W:/Dawn/Dictation – Judge Robert Mariani – Ross Roggio letter.docx

**Better Homes and Gardens** | **WILKINS & ASSOCIATES**
REAL ESTATE

☐ Stroudsburg Office BHG Business Campus | 7164 Route 209 | Stroudsburg, PA 18360
☐ Bushkill Office 5226 Milford Road | East Stroudsburg, PA 18302

RECEIVED
SCRANTON
MAR 28 2022
PER _____
DEPUTY CLERK

LEHIGH VALLEY PA 180
25 MAR 2022 PM
FIRST CLASS



ZIP 18360
02 7H
US POSTAGE PITNEY BOWES
$ 000.53⁰

HONORABLE ROBERT D MARIANI
US DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PO BOX 1148
SCRANTON PA 18501-1148

18501-114848